UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE FIRST, N.A., a banking institution organized under the laws of the United States with a place of business in Damariscotta, County of Lincoln, State of Maine, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| F/V VICTORY LANE, (O.N. 629838), her engines, machinery, equipment, masts, etc., in rem; | )<br>)<br>)<br>) Civil Action No.2:13-cv-417-NT<br>) |
| and | )<br>) |
| SCOTT W. DELANO, of Friendship, County of Knox, State of Maine, in personam, | )<br>)<br>)<br>) |
| Defendants. | ) |

**Judgment of Foreclosure of Ship Mortgage and Order of Sale**

Upon Plaintiff's Motion for Judgment of Foreclosure and Order of Sale by Default dated March 6, 2014, entry of default having been entered against the F/V VICTORY LANE, (O.N. 629838), *in rem*, against Scott W. Delano, *in personam*, and against all other persons and entities that have or may claim an interest in the vessel, it is hereby

1

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The First Preferred Ship Mortgage held by Plaintiff upon the F/V VICTORY LANE, (O.N. 629838) her engines, machinery, fishing gear and appurtenances is foreclosed;

2. Judgment is awarded in favor of Plaintiff and against Defendants F/V VICTORY LANE, (O.N. 629838) *in rem*, and Scott W. Delano, *in personam* in the amount of $34,905.95 as of October 30, 2013 together with interest after October 30, 2013 accruing at the rate of $5.6824 per diem plus costs of collection including attorney's fees, expenses of sale and custodial costs against Defendant F/V VICTORY LANE *in rem*, and Defendant Scott W. Delano, *in personam*;

3. The United States Marshal shall sell the said F/V VICTORY LANE, (O.N. 629838), her engines, machinery, fishing gear and appurtenances free and clear of all liens and encumbrances at public sale to be advertised by publication once in the Portland Press Herald at least fourteen (14) days prior to sale with the deposit proceeds to be held by the U. S. Marshal. The Plaintiff may credit bid at the Marshal's sale without deposit;

4. Plaintiff shall submit an Affidavit of its costs and attorneys fees and of the fees and expenses of the Substitute Custodian to be

included within the judgment debt for approval by the Court with the Motion for Confirmation of Sale;

5. Upon Order of Confirmation of Sale by the Court and payment of the balance due to the U.S. Marshal by the purchaser at Marshal's sale, the U.S. Marshal shall distribute the net proceeds after retention of the commission due to the U.S. Marshal as follows: (a) to Plaintiff The First, N.A. its judgment debt as set forth in the Order of Confirmation of Sale and (b) to Defendant Scott W. Delano any surplus; and

6. On Motion of Plaintiff, the Clerk shall issue a Writ for any deficiency against Defendant Scott W. Delano.

Dated this 13th of March, 2014.

/s/ Nancy Torresen
United States District Judge